IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

RAY BENNETT,

    Petitioner,

vs.                                 CIVIL ACTION NO.: CV211-158

ANTHONY HAYNES, Warden,

    Respondent.

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, to which Objections have been filed. In his Objections, Petitioner Ray Bennett ("Bennett") asserts that he should have been sentenced to a maximum of 60 years' imprisonment pursuant to 21 U.S.C. § 841(b)(1)(C) because he was not indicted for a specific amount of drugs, nor did the jury make specific findings in this regard. As Respondent noted, however, Bennett's sentence was enhanced based on 21 U.S.C. § 851, and the Eleventh Circuit Court of Appeals recently determined that a petitioner asserting nearly identical claims as Bennett could not pursue a 28 U.S.C. § 2241 petition. Edwards v. Warden, FCC Coleman-Medium, 432 F. App'x 897 (11th Cir. 2011). In Bennett's remaining Objections, he contends that he satisfies the savings clause of 28 U.S.C. § 2255 so that he may proceed with his claims pursuant to 28 U.S.C. § 2241. The undersigned concurs with the Magistrate Judge's conclusion that Bennett fails to satisfy the savings clause.

Bennett's Objections are **overruled**. The Magistrate Judge's Report and Recommendation, as supplemented herein, is adopted as the opinion of the Court. Respondent's Motion to Dismiss is **GRANTED**. Bennett's petition for writ of habeas corpus, filed pursuant to 28 U.S.C. § 2241, is **DISMISSED**. The Clerk of Court is directed to enter the appropriate judgment of dismissal.

**SO ORDERED**, this 6 day of February, 2012.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA